ORIGINAL

1  CAROL C. LAM
   United States Attorney
2  STEPHEN M. TOKARZ
   Assistant U.S. Attorney
3  California State Bar No. 208305
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7848

6  Attorneys for Plaintiff
   United States of America
7

FILED
06 SEP 13 PM 2:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,  )  CRIMINAL CASE NO. 05CR0088-DMS
                           )
11                            )  JUDGMENT ON DEFAULT
       Plaintiff,  )
12                             )
                           )
13        v.  )
                           )
14                             )
   RUTH A. ROMERO-RAMIREZ,  )
15                             )
      Defendant.  )
16                             )

17

18        Defendant RUTH A. ROMERO-RAMIREZ, failed to appear on May 22, 2006, and answer the

19  charge of the plaintiff, United States of America, against her. Therefore, the bond posted in the above-

20  entitled matter on December 30, 2004, was and is forfeited. A motion for judgment on default was

21  made by plaintiff, United States of America, by and through its attorneys above-named, and after due

22  notice of said motion having been served on all parties herein, including the clerk of the court as agent

23  for the obligors on the bond;

24  //

25  //

26  //

27  //

28                                                                  [JUDGMENT .2]

                                                             [CONDITIONS - DEFENDANT & SURETY]



1    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of
2 America, does have and recovers from defendant RUTH A. ROMERO-RAMIREZ, the surety SENECA
3 INSURANCE COMPANY, INC., judgment in the sum of $40,000.00 BOND).  Judgment is to accrue
4 interest at the current legal rate, compounded annually until paid in full.

5    DATED: 9-13-06.

_____
UNITED STATES DISTRICT JUDGE